1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10    STACY SHANNON SHAW,                      No.  2:25-cv-1432 AC

11                  Plaintiff,

12          v.                                 ORDER

13    COMMISSIONER OF SOCIAL
      SECURITY,
14
                  Defendant.
15

16

17          Plaintiff is proceeding in this Social Security action represented by counsel.  On July 16,

18    2025, the administrative record in this case was filed.  ECF No. 10.  Pursuant to the Local Rules

19    of this court and the scheduling order located at ECF No. 3 at 2, plaintiff's opening motion for

20    summary judgment was due 30 days after the record was filed, in this case on August 15, 2025.

21    That date has passed, and the motion was not filed.  Good cause appearing, IT IS HEREBY

22    ORDERED that plaintiff shall show cause, within 14 days, why his failure to file a motion for

23    summary judgment should not be deemed a waiver of the right to file such a motion at any time,

24    and why this case should not be dismissed for failure to prosecute.  Filing a motion for summary

25    judgment within this timeframe will discharge this order.

26    DATED: August 29, 2025

27                                             _____
                                               ALLISON CLAIRE
28                                             UNITED STATES MAGISTRATE JUDGE