Case 2:25-cv-01432-AC   Document 14   Filed 09/03/25   Page 1 of 2

JESSE S. KAPLAN    CSB#103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
916/488-3030
916/489-9297 fax

**Attorney for Plaintiff
STACY SHAW**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| STACY SHAW, | No.   2:25-cv-01432-AC |
| Plaintiff, | |
| | STIPULATION AND  [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF |
| v. | |
| Frank Bisignano, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| _____/ | |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to September 29, 2025.

    This is a first extension.The reason for this is that plaintiff's counsel is having to redistribute eight opening and reply briefs otherwise due over about 10 days. Two or three of these have been completed, but no work on this brief has been done, or can be begun, yet.

[Pleading Title] - 1

Dated: August 29, 2025                    /s/   *Jesse S. Kaplan*
                                          JESSE S. KAPLAN
                                          Attorney for Plaintiff

Dated: August 29, 2025                     */s/ per e-mail authorization*

                                          OSCAR GONZALEZ de LLANO
                                          Special Assistant U.S. Attorney
                                          Attorney for Defendant

**ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file plaintiff's reply brief is extended to September 29, 2025.

SO ORDERED.

Dated: September 2, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE