**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**STACY SHAW**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| STACY SHAW, | No.   2:25-cv-01432-AC |
| Plaintiff, | STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF |
| v. | |
| Frank Bisignano, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to October 29, 2025.

This is a second extension. The reason for this is that plaintiff may move for a remand on the ground of missing evidence, but there are also further significant problems in this case that

[Pleading Title] - 1

has already been to federal court once and now has an official filing date in the year 2011, such that plaintiff has initiated settlement discussions with defendant.

Dated:   September 29, 2025                               /s/    *Jesse S. Kaplan*
                                                          JESSE S. KAPLAN
                                                          Attorney for Plaintiff


Dated:   September 29, 2025                                */s/ per e-mail authorization*
                                                          OSCAR GONZALEZ de LLANO
                                                          Special Assistant U.S. Attorney
                                                          Attorney for Defendant

## ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file plaintiff's motion for summary judgment is extended to October 29, 2025.

SO ORDERED.

Dated: September 29, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[Pleading Title] - 2