ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy
ZACHARY BERKOFF-CANE, WSBN # 47988
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (410) 966-1542
zachary.berkoff@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY SHANNON SHAW,<br><br>      Plaintiff,<br><br>   vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | Civil No. 2:25-cv-01432-AC<br><br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [~~PROPOSED~~] ORDER |

   IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Frank Bisignano, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

   Upon remand, the Appeals Council will remand the case to a new Administrative Law Judge (ALJ) to take further action, as warranted, to complete the administrative record and issue a new decision. The parties further request that the Court direct the Clerk of the Court to enter a

final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated:  December 1, 2025        /s/ Jesse S. Kaplan *
                                JESSE S. KAPLAN
                                Attorney for Plaintiff
                                *Authorized via e-mail on November 21, 2025

                                ERIC GRANT
                                United States Attorney
                                MATHEW W. PILE
                                Head of Program Litigation 1
                                Social Security Administration | Law & Policy

Dated:  December 1, 2025   By:  /s/ Zachary Berkoff-Cane
                                ZACHARY BERKOFF-CANE
                                Special Assistant United States Attorney

                                Attorneys for Defendant

### [~~PROPOSED~~] ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

DATED: December 1, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE